# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rodney Markeise Funderburk,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                         3:12-cv-118
                                         3:04-cr-121-1

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 1, 2012 Order.

                                                      Signed: March 1, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court